Sheri M. Thome, Esq.
Nevada Bar No. 008657
James V. Lovett, Esq.
Nevada Bar No. 016103
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Sheri.Thome@wilsonelser.com
James.Lovett@wilsonelser.com
*Attorneys for Defendant*
*Mission Support and Test Services, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA HALVERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MISSION SUPPORT AND TEST SERVICES, LLC, a Delaware limited-liability company,<br><br>Defendants. | Case No.   2:24-cv-00201-RFB-BNW<br><br>**STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION AND RELATED DEADLINES**<br><br>**(Second Request)** |

Plaintiff Jessica Halverson ("Plaintiff") and Defendant Mission Support and Test Services, LLC ("MSTS"), by and through their undersigned counsel, hereby stipulate to continue the Early Neutral Evaluation ("ENE") in this matter currently set for June 20, 2024, at 10:00 a.m. (ECF No. 16).

Due to scheduling conflicts for Defendant's counsel, counsel for both parties would like to request that the ENE be continued to a later date. Counsel will use the additional time to continue to informally discuss resolution and information needed to do so.

Counsel met and conferred on June 11, 2024, regarding continuing the ENE and informed the Court that same day that rescheduling was necessary. The Court instructed the Parties to file a stipulation as soon as possible with at least five mutually agreeable dates. Those dates are:

- August 12, 2024;
- August 19, 2024;

297839217v.1

- August 20, 2024;
- August 21, 2024; and
- August 22, 2024.

The parties hereby agree to continue the ENE to one of the above-referenced dates and reschedule any related deadlines based upon said date.

**IT IS SO STIPULATED.**

DATED this 12th day of June, 2024.                     DATED this 12th day of June, 2024.

WILSON, ELSER, MOSKOWITZ, EDELMAN    MCLETCHIE LAW
& DICKER LLP

By:  */s/ James Lovett*                                              By:  */s/ Margaret McLetchie*
     Sheri M. Thome, Esq.                                              Margaret A. McLetchie, Esq.
     Nevada Bar No. 008657                                          Nevada Bar No. 10931
     James V. Lovett, Esq.                                              Leo S. Wolpert, Esq.
     Nevada Bar No. 016103                                          Nevada Bar No. 12658
     6689 Las Vegas Blvd. South, Suite 200                  602 South Tenth Street
     Las Vegas, Nevada 89119                                        Las Vegas, Nevada 89101
     Telephone: (702) 727-1400                                        Telephone: (702) 728-5300
     Facsimile: (702) 727-1401                                        Facsimile: (702) 425-8220
     Sheri.Thome@wilsonelser.com                              efile@nvlitigation.com
     James.Lovett@wilsonelser.com                           *Attorneys for Plaintiff*
     *Attorneys for Defendant*
     *Mission Support and Test Services, LLC*

### ORDER

IT IS ORDERED that the Early Neutral Evaluation scheduled for June 20, 2024, at 10:00 a.m. is VACATED and RESET for __August 19__, 2024, at __10:00__ a.m.

IT IS FURTHER ORDERED that the written evaluation statements are due by 4:00 p.m. on __August 12__, 2024.

IT IS FURTHER ORDERED that all other provisions of the Court's order (ECF No. 8) shall remain in effect.

DATED: 6/13/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

-2-

297839217v.1