MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiff Jessica Halverson*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA HALVERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MISSION SUPPORT AND TEST SERVICES, LLC, a Delaware limited-liability company.<br><br>Defendants. | **Case No.:** 2:24-cv-00201-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(SECOND REQUEST)** |

**I.     STATUS OF DISCOVERY.**

   **A.     PLAINTIFF'S DISCOVERY**

      1. Plaintiff's Initial Disclosures, dated April 9, 2024.

   **B.     DEFENDANTS' DISCOVERY**

      1. Defendants' Initial Disclosures, dated April 9, 2024.

      2. Defendants' First Set of Requests for Admission, dated May 31, 2024.

      3. Defendants' First Set of Requests for Production, dated May 31, 2024.

      4. Defendants' First Set of Interrogatories, dated May 31, 2024

**II.     DISCOVERY THAT REMAINS TO BE COMPLETED.**

Exchange of written discovery, initial expert disclosures, and depositions.

/ / /

/ / /

/ / /

1

### III.     SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY

This is the second request for an extension of discovery deadlines in this matter. The Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional sixty (60) days so that the Parties may complete the tasks above.

The Parties have been diligently conducting discovery, but an extension is needed to efficiently continue to conduct discovery, resolve issues or pursue meet and confer efforts, analyze the information provided, and manage the case. The Parties are resolving issues and meeting and conferring regarding related issues. Finally, the Parties together request this in good faith and to further the resolution of this complicated case on the merits, and not for any purpose of delay.

Good cause for this extension particularly exists with regard to amending the pleadings and adding parties, as further discovery (and an ENE session) needs to be completed before current deadline of August 5, 2024, to determine whether amendment will be needed.

Good cause for the extension also exists due to Plaintiff's counsel experiencing family medical emergencies, as noted in the first request for an extension of the instant deadlines (ECF No. 17.) Following the recent death of Mr. Wolpert's father in late May of 2024, Mr. Wolpert has had extensive family obligations as has Ms. McLetchie. Then, on July 28, 2024, Ms. McLetchie's mother passed away, requiring her to assist with funeral arrangements and attend to her late mother's affairs and estate. The death has impeded Ms. McLetchie's ability to perform legal work on this and other matters.

There is thus good cause for the extension. "Good cause to extend a discovery deadline exists 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Derosa v. Blood Sys., Inc.*, No. 2:13-cv-0137-JCM-NJK, 2013 U.S. Dist. LEXIS 108235, 2013 WL 3975764, at 1 (D. Nev. Aug. 1, 2013) (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)); *see also* Fed. R. Civ. P. 1 (providing that the Rules of Civil Procedure "should be construed, administered, and employed by the court and the Parties to secure the just, speedy, and inexpensive determination of every action

and proceeding"). The Parties have been diligent in litigating this matter. Thus, the standard to extend all deadlines is satisfied here.

Based on the foregoing stipulation and proposed deadlines plan, the Parties thus respectfully request an extension of time to extend the discovery in this matter to enable to them to conduct necessary discovery in this matter and so that this matter is fairly resolved on the merits.

**IV.    PROPOSED SCHEDULE FOR REMAINING DEADLINES.**

| Deadline | Current Deadline (ECF No. 12) | Proposed New Deadline |
|---|---|---|
| Amend Pleadings and Add Parties | August 5, 2024 | October 4, 2024 |
| Initial Expert Disclosures | September 2, 2024 | November 1, 2024 |
| Rebuttal Expert Disclosures | October 1, 2024 | December 2, 2024[1] |
| Discovery Cut-Off | November 1, 2024 | December 31, 2024 |
| Dispositive Motions | December 2, 2024 | January 31, 2025 |
| Joint Pretrial Order[2] | December 31, 2024 | March 3, 2025[3] |

Based on the foregoing stipulation and proposed deadlines plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional sixty (60) days so that the parties may conduct necessary discovery.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] 60 days from October 1, 2024 is Saturday, November 30, 2024.
[2] If a dispositive motion is filed, the Joint Pretrial Order will be filed 30 days after the decision on the dispositive motion.
[3] 60 days from December 31, 2024 is Saturday, March 1, 2024.

3

IT IS SO STIPULATED.

DATED this 5th day of August, 2024.

**MCLETCHIE LAW**

By: */s/ Leo S. Wolpert*
MARGARET A. MCLETCHIE
Nevada Bar No. 10931
LEO S. WOLPERT,
Nevada Bar No. 12658
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
efile@nvlitigation.com
*Attorneys for Plaintiff*

DATED this 5th day of August, 2024.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */s/ Sheri M. Thome*
SHERI M. THOME, ESQ.
Nevada Bar No. 8657
JAMES V. LOVETT, ESQ.
Nevada Bar No. 16103
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Fax: 702.727.1401
Sheri.Thome@wilsonelser.com
*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT MAGISTRATE JUDGE
**DATED:** 8/6/2024

4