MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiff Jessica Halverson*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

JESSICA HALVERSON, an individual,

          Plaintiff,

vs.

MISSION SUPPORT AND TEST
SERVICES, LLC, a Delaware limited-
liability company.

          Defendants.

**Case No.:** 2:24-cv-00201-RFB-BNW

**JOINT MOTION TO STAY
DEADLINES PENDING
SETTLEMENT DISCUSSIONS
(ECF NO. 24)**

Plaintiff JESSICA HALVERSON and Defendant MISSION SUPPORT AND TEST SERVICES, LLC, by their respective counsel, hereby jointly move this honorable Court to the following:

1.      An extension of the stay of discovery and other deadlines (ECF No. 24) will allow the Parties to explore the possibility of settlement, without incurring the time and expense of ongoing discovery during settlement discussions.

2.      The Parties are scheduled to participate in an Early Neutral Evaluation on January 28, 2025. (ECF No. 30), the time and expense of which would also be avoided if settlement is reached beforehand.

3.      On or before December 9, 2024, Plaintiff will send a demand to Defendant.

4.      The Parties are seeking a thirty (30) day stay of all deadlines unrelated to the Early Neutral Evaluation (*i.e.*, discovery deadlines set forth in ECF No. 24) to reach and finalize a settlement agreement.

5. Should a settlement not before the expiration of the stay, the deadlines adjusted as set forth below:

| Deadline | Current Deadline (ECF No. 24) | Proposed New Deadline |
|---|---|---|
| Discovery Cut-Off | December 31, 2024 | **January 30, 2025** |
| Dispositive Motions | January 31, 2025 | **March 3, 2025[1]** |
| Joint Pretrial Order[2] | March 3, 2025 | **April 2, 2025** |

6. The Parties represent that this stay is being sought in good faith for the purposes of resolving this matter while preserving the Parties', their counsel's and the Court's time and resources.

**IT IS SO STIPULATED.**

DATED this 9th day of December, 2024.

**MCLETCHIE LAW**

By: /s/ Leo S. Wolpert
  MARGARET A. MCLETCHIE
  Nevada Bar No. 10931
  LEO S. WOLPERT,
  Nevada Bar No. 12658
  602 South Tenth Street
  Las Vegas, Nevada 89101
  Telephone: (702) 728-5300
  Fax: (702) 425-8220
  efile@nvlitigation.com
  *Attorneys for Plaintiff*

DATED this 9th day of December, 2024.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: /s/ James V. Lovett
  SHERI M. THOME, ESQ.
  Nevada Bar No. 8657
  JAMES V. LOVETT, ESQ.
  Nevada Bar No. 16103
  6689 Las Vegas Blvd. South, Suite 200
  Las Vegas, Nevada 89119
  Telephone: 702.727.1400
  Fax: 702.727.1401
  Sheri.Thome@wilsonelser.com
  *Attorney for Defendant*

---

[1] 30 days from January 31, 2025, is Sunday, March 2, 2025.
[2] If a dispositive motion is filed, the Joint Pretrial Order will be filed 30 days after the decision on the dispositive motion.

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) ; (702)425-8220 (F)
WWW.NVLITIGATION.COM

**<u>ORDER</u>**

**IT IS SO ORDERED.**

_____

U.S. MAGISTRATE JUDGE

DATED: 12/11/2024