Sheri M. Thome, Esq.
Nevada Bar No. 008657
James V. Lovett, Esq.
Nevada Bar No. 016103
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Sheri.Thome@wilsonelser.com
James.Lovett@wilsonelser.com
*Attorneys for Defendant*
*Mission Support and Test Services, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA HALVERSON, an individual, | Case No.   2:24-cv-00201-RFB-BNW |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO FILE DISMISSAL** |
| MISSION SUPPORT AND TEST SERVICES, LLC, a Delaware limited-liability company, | |
| Defendants. | |

Defendant Mission Support and Test Services, LLC ("MSTS") and Plaintiff Jessica Halverson ("Plaintiff"), by and through their undersigned counsel, hereby submit the following stipulation to extend time to file the dismissal in this action.

An ENE was held in this matter over two sessions, January 28, 2025 and March 5, 2025. On March 5, 2025, the parties reached a settlement and the Court ordered that a dismissal of the action be filed by April 4, 2025. [ECF No. 37] The parties are still in the process of preparing and reviewing settlement documents, and thus will be unable to file a dismissal by the Court's deadline. While a draft of the agreement has been prepared, Defendant has been unable to complete review due to pressing issues but intends to do so shortly.

///

///

///

1    The parties expect that they will be able to file the dismissal on or before **May 2, 2025,** and

2   seek an extension to do so.

3    IT IS SO STIPULATED.

4

5   DATED this 4th day of April, 2025.            DATED this 4th day of April, 2025.

6   WILSON, ELSER, MOSKOWITZ, EDELMAN    MCLETCHIE LAW
    & DICKER LLP

7   By:    /s/ Sheri M. Thome                    By:    /s/ Leo S. Wolpert
8          Sheri M. Thome, Esq.                         Margaret A. McLetchie, Esq.
           Nevada Bar No. 008657                        Nevada Bar No. 10931
9          James V. Lovett, Esq.                        Lisa A. Rasmussen, Esq.
           Nevada Bar No. 016103                        Nevada Bar No. 7491
10         6689 Las Vegas Blvd. South, Suite 200        Leo S. Wolpert, Esq.
           Las Vegas, Nevada 89119                      Nevada Bar No. 12658
11         Telephone: 702-727-1400                      602 South Tenth Street
           Facsimile: 702-727-1401                      Las Vegas, NV 89101
12         Sheri.Thome@wilsonelser.com                  Telephone: (702) 728-5300
           James.Lovett@wilsonelser.com                 Facsimile: (702) 425-8220
13         *Attorneys for Defendant*                    maggie@nvlitigation.com
           *Mission Support and Test Services, LLC*     lisa@nvlitigation.com
14                                                      leo@nvlitigation.com
                                                        *Counsel for Plaintiff*
15                                                      *Jessica Halverson*

16                            **<u>ORDER</u>**

17                            IT IS SO ORDERED.

18

19

20   _____
     UNITED STATES DISTRICT COURT JUDGE
21

22   DATED: _____April 7, 2025_____

23

24

25

26

27

28

310957492v.1