Sheri M. Thome, Esq.
Nevada Bar No. 008657
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Sheri.Thome@wilsonelser.com
James.Lovett@wilsonelser.com
*Attorneys for Defendant*
*Mission Support and Test Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA HALVERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MISSION SUPPORT AND TEST SERVICES, LLC, a Delaware limited-liability company,<br><br>Defendants. | Case No.  2:24-cv-00201-RFB-BNW<br><br>**STIPULATION TO EXTEND TIME TO FILE DISMISSAL [SECOND REQUEST]** |

Defendant Mission Support and Test Services, LLC ("MSTS") and Plaintiff Jessica Halverson ("Plaintiff"), by and through their undersigned counsel, hereby submit the following stipulation to extend time to file the dismissal in this action. This is the second request.

An ENE was held in this matter over two sessions, January 28, 2025 and March 5, 2025. On March 5, 2025, the parties reached a settlement and the Court ordered that a dismissal of the action be filed by April 4, 2025. [ECF No. 37] The deadline was extended to May 2, 2025. [ECF No. 39] As of May 2, 2025, the parties have signed the settlement agreement, the revocation period included within the agreement has passed, and Defendants have the check available.  Defendants will be sending the check to Plaintiff, and the parties need about 10 days to file the dismissal, to ensure the check is received and cashed.

///

///

///

312545045v.1

1  The parties request until **May 13th** in which to file the dismissal.

2  IT IS SO STIPULATED.

DATED this 2nd day of May, 2025.          DATED this 2nd day of May, 2025.

WILSON, ELSER, MOSKOWITZ, EDELMAN         MCLETCHIE LAW
& DICKER LLP

By:  */s/ Sheri M. Thome*                 By:  */s/ Lisa A. Rasmussen*
     Sheri M. Thome, Esq.                      Margaret A. McLetchie, Esq.
     Nevada Bar No. 008657                     Nevada Bar No. 10931
     6689 Las Vegas Blvd. South, Suite 200     Lisa A. Rasmussen, Esq.
     Las Vegas, Nevada 89119                   Nevada Bar No. 7491
     Telephone: 702-727-1400                   Leo S. Wolpert, Esq.
     Facsimile: 702-727-1401                   Nevada Bar No. 12658
     Sheri.Thome@wilsonelser.com               602 South Tenth Street
     *Attorneys for Defendant*                 Las Vegas, NV 89101
     *Mission Support and Test Services, LLC*  Telephone: (702) 728-5300
                                               Facsimile: (702) 425-8220
                                               maggie@nvlitigation.com
                                               lisa@nvlitigation.com
                                               leo@nvlitigation.com
                                               *Counsel for Plaintiff*
                                               *Jessica Halverson*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE


DATED: _____May 5, 2025_____

-2-

312545045v.1