Sheri M. Thome, Esq.
Nevada Bar No. 008657
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Sheri.Thome@wilsonelser.com
*Attorneys for Defendant*
*Mission Support and Test Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA HALVERSON, an individual, | Case No.  2:24-cv-00201-RFB-BNW |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| MISSION SUPPORT AND TEST SERVICES, LLC, a Delaware limited-liability company, | |
| Defendants. | |

Plaintiff Jessica Halverson and Defendant Mission Support and Test Services, LLC, by and through their undersigned counsel, hereby stipulate and agree that this action be dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs incurred in this action.  FRCP 41(a)(1)(ii).

///

///

///

///

///

///

///

///

///

312734569v.1

1     **IT IS SO STIPULATED.**

2   DATED this 12th day of May, 2025.      DATED this 12th day of May, 2025.

3   WILSON, ELSER, MOSKOWITZ, EDELMAN    MCLETCHIE LAW
    & DICKER LLP

By:   */s/ Sheri M. Thome*                   By:   */s/ Margaret A. McLetchie*
     Sheri M. Thome, Esq.                             Margaret A. McLetchie, Esq.
     Nevada Bar No. 008657                          Nevada Bar No. 10931
     6689 Las Vegas Blvd. South, Suite 200      Lisa A. Rasmussen, Esq.
     Las Vegas, Nevada 89119                       Nevada Bar No. 7491
     Telephone: (702) 727-1400                    Leo S. Wolpert, Esq.
     Facsimile: (702) 727-1401                    Nevada Bar No. 12658
     Sheri.Thome@wilsonelser.com            602 South Tenth Street
     *Attorneys for Defendant*                      Las Vegas, NV 89101
     *Mission Support and Test Services, LLC*    Telephone: (702) 728-5300
                                                          Facsimile : (702) 425-8220
                                                          efile@nvlitigation.com
                                                          maggie@nvlitigation.com
                                                          lisa@nvlitigation.com
                                                          leo@nvlitigation.com
                                                          *Attorneys for Plaintiff*
                                                          *Jessica Halverson*

## **ORDER**

Upon stipulation of the parties and for good cause shown, the above-captioned action is dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 14, 2025

312734569v.1